AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

_Timothy Hankins_
Plaintiff/Petitioner
)
)
)
v. _The State of North Carolina_
Defendant/Respondent
)
)

Civil Action No. 7:18-cv-61-D

~~FILED~~

APR 0 4 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _Timothy Hankins_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _04-03-2018_

1.  For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ 1500 | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ ◯ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ ◯ |
| Unemployment payments | $ | $ | $ | $ ◯ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ ◯ |
| Other *(specify):* | $ | $ | $ | $ ◯ |
| **Total monthly income:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2.  List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Self. | 4729. G St GArNer 27529 | | $ ◯ |
| | | | $ |

3.  List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | Divorced more than 2 YRS. | | $ |
| | | | $ |
| | | | $ |

4.  How much cash do you and your spouse have? $ _____

    Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| State Employee Credit | Checking | $ 366.⁰⁰ | $ N A |
| SECU Saving. | Saving | $ 35.⁸⁰ | $ N A |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) *live in Company home* | $ |
| Other real estate (Value) *Company is the subject matter on pending case* | $ |
| Motor vehicle #1 (Value) *4th Amendment violation, unreasonable Seizure* | |
| Make and year: *2001 Jeep Grand Cherokee.* | *$ 1,500 no current TAGS.* |
| Model: | |
| Registration #: | |
| Motor vehicle #2 (Value) | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets (Value) *Company Subject matter before* | $ |
| Other assets (Value) *Judge Swank.* | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| T O H | Son | 16 |
| N N H | Daughter | 13 |
| H S H | Daughter | 11 |

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.  Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included?  ☐ Yes  ☐ No<br>Is property insurance included?  ☐ Yes  ☐ No | $  *0* | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $  400 | $ |
| Home maintenance *(repairs and upkeep)* | $  100 | $ |
| Food | $  400 | $ |
| Clothing | $  100 | $ |
| Laundry and dry-cleaning | $  100 | $ |
| Medical and dental expenses | $  100 | $ |
| Transportation *(not including motor vehicle payments)* | $  200 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $  50 | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's:  *None* | $  0 | $ |
| Life:  *None* | $  0 | $ |
| Health:  *None* | $  0 | $ |
| Motor vehicle: | $  150⁰⁰ | $ |
| Other:  *None.* | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
| Motor vehicle: | $  0 | $ |
| Credit card *(name):* | $  0 | $ |
| Department store *(name):* | $  0 | $ |
| Other: | $  0 | $ |
| Alimony, maintenance, and support paid to others | $  0 | $ |

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | |
|---|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* Seized Dec 15, 2017 Subject of 7:18-CV-37 | $ | $ | ⃝ |
| Other *(specify):* | $ | $ | |
| **Total monthly expenses:** | $ 0.00 | $ | 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? If and only if I get any help from federal Court.

   ☐ Yes    ☐ No    If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?   ☑ Yes   ☐ No   Subject matter of pending case before

    If yes, how much? $ _____   Judge Swank.

    If yes, state the attorney's name, address, and telephone number:

    Pending complaint alledge attorneys work together, seized my company Dec, 15, 2017. This complaint is about my Home Lost 2008 the same way, attorney working together.

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☑ No

    If yes, how much? $ _____

    If yes, state the person's name, address, and telephone number:

    I can't, no workers and company seized

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    The state of North Carolina, Lawyers has closed my company I was a license General Contractor since 1955. They took both my home that was paid for, Closed the family Farm and seized $300,000 Dec 15, 2017. I'm broke

13. Identify the city and state of your legal residence.

    Bolivia North Carolina.

    Your daytime phone number:   919-337-7262

    Your age:  51   Your years of schooling:  High School, Community College.

    Last four digits of your social-security number:  0727

Please see Attached Affidavit

## Affirmative Financial Affidavit

I, Timothy Hankins beg and plea unpo the Court to proceed with pay on the foregoing complaint with pay. Plaintiff has been out of work for a long while due to the allegations set herein by said Defendants herein. Plaintiff has 3 minor children to care for and do in many case do not have the money to care for then due to the allegations set herein . Plaintiff company was shut down Dec15th 2017 due to the continual violations of US Statutes against Plaintiff. If the Court grant Plaintiff's request to proceed with pay, Plaintiff upon and recovery will pay for any cost incurred for the processing of this complaint. Or if given the time, Plaintiff will pay even if i do not prevail. Plaintiff at this time was granted a job to restore a burned house located at in Raleigh. Plaintiff is working in cooperation with other family members who has lost large amounts of money due to fraud by some said Defendants. Plaintiff has in the past month received money to restore said house. The money from the homeowner is being held in a business account opened within the past 30 days and distributed as work is performed to restore the said burned home. Plaintiff is working now with so much of the need tools, equipment and other needed essential things to complete said job. Plaintiff has had to sale much of his tools and equipment needed by a contractor to successfully complete a job timely and efficiently due to some said defendants. Plaintiff to this day due to some said Defendants is so far behind compared to what Plaintiff is used to before violations of said US Statutes. The money allocated to repair said burned home should not be used in the foregoing case matter. If Plaintiff request is denied, this case will cease as some said Defendants has seized Plaintiff's company and funds to oppress Plaintiff into hardship hindering Plaintiff from being able to successfully proceed in any foregoing court matter.

_____     this the 4th Day of April 2018
Timothy Hankins

# Transaction History

| Search Criteria | | | |
|---|---|---|---|
| **Institution** | State Employees' Credit Union | **Profile Name(s)** | TIMOTHY O HANKINS SR |
| **Product Name** | Regular Shares | | |
| **Account Number** | ●●●●● | | |
| **From Amount** | | **To Amount** | |
| **From Date** | 09/06/2016 | **To Date** | 03/06/2018 |

| Search Results | | | | | | |
|---|---|---|---|---|---|---|
| **Posted Date** | **Effective Date** | **TC** | **Description** | **+ / -** | **Amount** | **Balance** |
| 02/23/2018 | 02/23/2018 | 0789 | ATM WITHDRAWAL<br>L340 TIME 14:53 PM DATE 02-22-2018<br>1824 ROCK QUARRY RALEIGH NC | - | $ 102.50 | $ 34.27 |
| 02/23/2018 | 02/23/2018 | 0718 | ATM USAGE OR CARD FEE<br>L340 TIME 14:53 PM DATE 02-22-2018<br>1824 ROCK QUARRY RALEIGH NC | - | $ 0.75 | |
| 02/22/2018 | 02/22/2018 | 0789 | ATM WITHDRAWAL<br>B0GA TIME 16:06 PM DATE 02-22-2018<br>1000 VANDORA SPRIGARNER NC | - | $ 160.00 | $ 137.52 |
| 02/12/2018 | 02/12/2018 | 0510 | MEMBER DEPOSIT<br>GARNER-VANDORA SPRINGS RD | + | $ 200.00 | $ 297.52 |
| 02/06/2018 | 02/06/2018 | 0490 | INTEREST PAYMENT | + | $ 0.06 | $ 97.52 |
| 01/08/2018 | 01/08/2018 | 0490 | INTEREST PAYMENT | + | $ 0.04 | $ 97.46 |
| 01/04/2018 | 01/04/2018 | 0710 | MEMBER WITHDRAWAL<br>GARNER-VANDORA SPRINGS RD | - | $ 14.71 | $ 97.42 |
| 12/29/2017 | 12/29/2017 | 0510 | MEMBER DEPOSIT<br>GARNER-VANDORA SPRINGS RD | + | $ 36.84 | $ 112.13 |
| 12/20/2017 | 12/20/2017 | 0510 | MEMBER DEPOSIT<br>RALEIGH-NEW HOPE RD | + | $ 50.00 | $ 75.29 |
| 12/05/2017 | 12/05/2017 | 0490 | INTEREST PAYMENT | + | $ 0.02 | $ 25.29 |
| 11/03/2017 | 11/03/2017 | 0490 | INTEREST PAYMENT | + | $ 0.03 | $ 25.27 |
| 10/19/2017 | 10/19/2017 | 0710 | MEMBER WITHDRAWAL<br>GARNER-VANDORA SPRINGS RD | - | $ 40.00 | $ 25.24 |
| 10/04/2017 | 10/04/2017 | 0490 | INTEREST PAYMENT | + | $ 0.24 | $ 65.24 |
| 10/03/2017 | 10/03/2017 | 0510 | MEMBER DEPOSIT<br>RTP | + | $ 40.00 | $ 65.00 |
| 09/29/2017 | 09/29/2017 | 0710 | MEMBER WITHDRAWAL<br>GARNER-VANDORA SPRINGS RD | - | $ 15.75 | $ 25.00 |
| 09/28/2017 | 09/28/2017 | 0710 | MEMBER WITHDRAWAL<br>GARNER-VANDORA SPRINGS RD | - | $ 275.00 | $ 40.75 |
| 09/22/2017 | 09/22/2017 | 0710 | MEMBER WITHDRAWAL<br>GARNER-BENSON RD | - | $ 700.00 | $ 315.75 |
| 09/22/2017 | 09/22/2017 | 0510 | MEMBER DEPOSIT<br>RALEIGH-NEW HOPE RD | + | $ 200.00 | |
| 09/13/2017 | 09/13/2017 | 0710 | MEMBER WITHDRAWAL<br>GARNER-VANDORA SPRINGS RD | - | $ 575.00 | $ 815.75 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/21/2018 | 02/21/2018 | | 0061 | POINT OF SALE DEBIT<br>L340 TIME 08:36 PM DATE 02-20<br>OFFICE MAX/OFFI 2GARNER NC | - | $ 40.73 | |
| 02/21/2018 | 02/21/2018 | | 0061 | POINT OF SALE DEBIT<br>L340 TIME 05:19 PM DATE 02-20<br>SPEEDWAY 06962 40GARNER NC | - | $ 36.21 | |
| 02/20/2018 | 02/20/2018 | 105 | 0098 | WITHDRAWAL OR INCLEARING CHECK<br>INCLEARING CHECK | - | $ 250.00 | $ 788.49 |
| 02/20/2018 | 02/20/2018 | | 0063 | POINT OF SALE DEBIT<br>L340 DATE 02-19<br>AmazonPrime Memberamzn.com/prm | - | $ 13.13 | |
| 02/20/2018 | 02/20/2018 | | 0063 | POINT OF SALE DEBIT<br>L340 DATE 02-18<br>PIZZA HUT #9212 RALEIGH | - | $ 8.65 | |
| 02/19/2018 | 02/19/2018 | | 0063 | POINT OF SALE DEBIT<br>L340 DATE 02-16<br>REGAL WHITE OAK 14GARNER | - | $ 40.28 | $ 1,060.27 |
| 02/19/2018 | 02/19/2018 | | 0063 | POINT OF SALE DEBIT<br>L340 DATE 02-17<br>Amazon Digital Svc888-802-3080 | - | $ 30.00 | |
| 02/19/2018 | 02/19/2018 | | 0063 | POINT OF SALE DEBIT<br>L340 DATE 02-17<br>Amazon Digital Svc888-802-3080 | - | $ 10.00 | |
| 02/19/2018 | 02/19/2018 | | 0061 | POINT OF SALE DEBIT<br>L343 TIME 01:40 PM DATE 02-16<br>SAMSCLUB #8223 RALEIGH NC | - | $ 58.73 | |
| 02/19/2018 | 02/19/2018 | | 0061 | POINT OF SALE DEBIT<br>L341 TIME 01:34 PM DATE 02-18<br>FOOD LION #2638 RALEIGH NC | - | $ 19.16 | |
| 02/16/2018 | 02/16/2018 | | 0063 | POINT OF SALE DEBIT<br>L340 DATE 02-15<br>BP#8597197HAN-DEE GARNER | - | $ 46.42 | $ 1,218.44 |
| 02/15/2018 | 02/15/2018 | 103 | 0098 | WITHDRAWAL OR INCLEARING CHECK<br>INCLEARING CHECK | - | $ 30.00 | $ 1,264.86 |
| 02/15/2018 | 02/15/2018 | 104 | 0098 | WITHDRAWAL OR INCLEARING CHECK<br>INCLEARING CHECK | - | $ 22.35 | |
| 02/15/2018 | 02/15/2018 | | 0061 | POINT OF SALE DEBIT<br>L340 TIME 10:54 AM DATE 02-14<br>KROGER 2680 TIGARNER NC | - | $ 539.44 | |
| 02/14/2018 | 02/14/2018 | | 0063 | POINT OF SALE DEBIT<br>L340 DATE 02-13<br>TMOBILE*POSTPAID F800-937-8997 | - | $ 88.68 | $ 1,856.65 |
| 02/14/2018 | 02/14/2018 | | 0006 | MEMBER DEPOSIT<br>GARNER-VANDORA SPRINGS RD | + | $ 890.00 | |
| 02/12/2018 | 02/12/2018 | | 0006 | MEMBER DEPOSIT<br>GARNER-VANDORA SPRINGS RD | + | $ 200.00 | $ 1,055.33 |
| 02/09/2018 | 02/09/2018 | | 0064 | WITHDRAWAL OR CHECK (TELLER CASHED)<br>RALEIGH-HAMMOND RD | - | $ 1,124.00 | $ 855.33 |
| 02/09/2018 | 02/09/2018 | | 0061 | POINT OF SALE DEBIT<br>L340 TIME 02:54 PM DATE 02-08<br>LOWE S # 2906 HOPE MILLS NC | - | $ 204.21 | |
| 02/09/2018 | 02/09/2018 | | 0061 | POINT OF SALE DEBIT<br>L340 TIME 04:14 PM DATE 02-08<br>SUPERIOR<br>MANUFACTFAYETTEVILLNC | - | $ 24.17 | |
| 02/09/2018 | 02/09/2018 | | 0061 | POINT OF SALE DEBIT<br>L340 TIME 06:48 PM DATE 02-08<br>CK STORE2720376 HOPE MILLS NC | - | $ 6.61 | |

# Transaction History

| Search Criteria | | | |
|---|---|---|---|
| **Institution** | State Employees' Credit Union | **Profile Name(s)** | TIMOTHY O HANKINS SR |
| **Product Name** | Dividend Checking | | |
| **Account Number** | •••••• | | |
| **From Amount** | | **To Amount** | |
| **From Check No.** | | **To Check No.** | |
| **From Date** | 11/06/2017 | **To Date** | 03/06/2018 |

| Posted Date | Effective Date | Check Number | TC | Description | +/- | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 03/05/2018 | 03/05/2018 | | 0063 | POINT OF SALE DEBIT L340 DATE 03-02 SQC*COREY 8774174551 | - | $ 10.00 | $ 70.80 |
| 03/05/2018 | 03/05/2018 | | 0061 | POINT OF SALE DEBIT L343 TIME 12:19 PM DATE 03-02 ZEE FOOD 810 ROCRALEIGH NC | - | $ 5.98 | |
| 02/28/2018 | 02/28/2018 | | 0061 | POINT OF SALE DEBIT L340 TIME 12:34 PM DATE 02-27 OFFICE MAX/OFFI 2GARNER NC | - | $ 22.67 | $ 86.78 |
| 02/28/2018 | 02/28/2018 | | 0061 | POINT OF SALE DEBIT L343 TIME 12:18 PM DATE 02-27 SAM S CLUB RALEIGH NC | - | $ 18.00 | |
| 02/27/2018 | 02/27/2018 | | 0061 | POINT OF SALE DEBIT L341 TIME 03:51 PM DATE 02-26 FOOD LION #0075 GARNER NC | - | $ 24.17 | $ 127.45 |
| 02/26/2018 | 02/26/2018 | | 0061 | POINT OF SALE DEBIT L343 TIME 02:41 PM DATE 02-24 LOWE S #488 GARNER NC | - | $ 14.99 | $ 151.62 |
| 02/23/2018 | 02/23/2018 | | 0063 | POINT OF SALE DEBIT L340 DATE 02-22 SHEETZ 0000GARNER | - | $ 30.29 | $ 166.61 |
| 02/23/2018 | 02/23/2018 | | 0057 | ATM USAGE FEE L340 1824 ROCK QUARRY RALEIGH NC | - | $ 0.75 | |
| 02/22/2018 | 02/22/2018 | | 0061 | POINT OF SALE DEBIT L343 TIME 09:52 AM DATE 02-22 USPS PO 36635601 RALEIGH NC | - | $ 14.10 | $ 197.65 |
| 02/22/2018 | 02/22/2018 | | 0061 | POINT OF SALE DEBIT L343 TIME 04:19 PM DATE 02-21 SHELL SERVICE STABATTLEBORO NC | - | $ 6.82 | |
| 02/22/2018 | 02/22/2018 | | 0006 | MEMBER DEPOSIT GARNER-VANDORA SPRINGS RD | + | $ 120.00 | |
| 02/21/2018 | 02/21/2018 | 106 | 0066 | ACH DEBIT AT&T SERVICES CHECKPAYMT 018052003915307 CK#0106 | - | $ 100.00 | $ 98.57 |
| 02/21/2018 | 02/21/2018 | | 0064 | WITHDRAWAL OR CHECK (TELLER CASHED) RALEIGH POOLE RD | - | $ 500.00 | |
| 02/21/2018 | 02/21/2018 | | 0063 | POINT OF SALE DEBIT L340 DATE 02-20 AMAZON MKTPLACE PMAMZN.COM/BIL | - | $ 12.98 | |

| 09/13/2017 | 09/13/2017 | 0510 | MEMBER DEPOSIT<br>GARNER-VANDORA SPRINGS RD | + | $ 890.00 | |
| 09/08/2017 | 09/08/2017 | 0710 | MEMBER WITHDRAWAL<br>GARNER-VANDORA SPRINGS RD | - | $ 730.00 | $ 500.75 |
| 09/08/2017 | 09/08/2017 | 0510 | MEMBER DEPOSIT<br>RALEIGH-NEW HOPE RD | + | $ 200.00 | |
| 09/07/2017 | 09/07/2017 | 0490 | INTEREST PAYMENT | + | $ 0.32 | $ 1,030.75 |
| 09/05/2017 | 09/05/2017 | 0510 | MEMBER DEPOSIT<br>GARNER-VANDORA SPRINGS RD | + | $ 850.00 | $ 1,030.43 |
| 09/01/2017 | 09/01/2017 | 0710 | MEMBER WITHDRAWAL<br>GARNER-VANDORA SPRINGS RD | - | $ 175.00 | $ 180.43 |

Case 7:18-cv-00061-D   Document 1   Filed 04/04/18   Page 10 of 23

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/09/2018 | 02/09/2018 | 0058 | ATM CASH WITHDRAWAL<br>B0SE TIME 08:25 AM DATE 02-09<br>3300 HAMMOND RD. RALEIGH NC | - | $ 500.00 | |
| 02/08/2018 | 02/08/2018 | 0006 | MEMBER DEPOSIT<br>RALEIGH-NCSU | + | $ 2,500.00 | $ 2,714.32 |
| 02/08/2018 | 02/08/2018 | 0006 | MEMBER DEPOSIT<br>GARNER-VANDORA SPRINGS RD | + | $ 200.00 | |
| 02/06/2018 | 02/06/2018 | 0045 | DIVIDEND EARNED | + | $ 0.08 | $ 14.32 |
| 02/06/2018 | 02/06/2018 | 0050 | SECU FOUNDATION | - | $ 1.00 | |
| 02/02/2018 | 02/02/2018 | 0063 | POINT OF SALE DEBIT<br>L340 DATE 02-01<br>UNLIMITED RECOVERYRALEIGH | - | $ 5.00 | $ 15.24 |
| 02/02/2018 | 02/02/2018 | 0061 | POINT OF SALE DEBIT<br>L343 TIME 02:53 PM DATE 02-01<br>SPEEDWAY 06962 40GARNER NC | - | $ 22.44 | |
| 01/31/2018 | 01/31/2018 | 0063 | POINT OF SALE DEBIT<br>L340 DATE 01-30<br>TMOBILE*POSTPAID F800-937-8997 | - | $ 200.00 | $ 42.68 |
| 01/29/2018 | 01/29/2018 | 0006 | MEMBER DEPOSIT<br>GARNER-VANDORA SPRINGS RD | + | $ 215.00 | $ 242.68 |
| 01/25/2018 | 01/25/2018 | 0063 | POINT OF SALE DEBIT<br>L340 DATE 01-24<br>DICK'S CLOTHING&SPGARNER | - | $ 23.58 | $ 27.68 |
| 01/25/2018 | 01/25/2018 | 0061 | POINT OF SALE DEBIT<br>L343 TIME 04:05 PM DATE 01-24<br>SAMSCLUB #8223 RALEIGH NC | - | $ 18.00 | |
| 01/24/2018 | 01/24/2018 | 0061 | POINT OF SALE DEBIT<br>L340 TIME 01:57 PM DATE 01-23<br>HH 64 RALEIGH NC | - | $ 26.28 | $ 69.26 |
| 01/24/2018 | 01/24/2018 | 0061 | POINT OF SALE DEBIT<br>L343 TIME 02:22 PM DATE 01-23<br>FOOD LION #2638 RALEIGH NC | - | $ 24.68 | |
| 01/22/2018 | 01/22/2018 | 0058 | ATM CASH WITHDRAWAL<br>B1GA TIME 01:03 PM DATE 01-21<br>1000 VANDORA SPRIGARNER NC | - | $ 40.00 | $ 120.22 |
| 01/16/2018 | 01/16/2018 | 0064 | WITHDRAWAL OR CHECK (TELLER<br>CASHED)<br>GARNER-VANDORA SPRINGS RD | - | $ 1,450.00 | $ 160.22 |

# State Employees' Credit Union⁕



TIMOTHY O HANKINS SR
4729 G ST
GARNER NC  27529-7230

## SUMMARY OF ACCOUNTS

| Account Type | Account Number | Beginning Balance | Debits | Credits | Ending Balance |
|---|---|---|---|---|---|
| Interest Checking | ▓▓▓▓ | 21.87 | 1,817.63 | 1,810.08 | 14.32 |
| Shares | ▓▓▓▓ | 97.46 | .00 | .06 | 97.52 |

*For your safety, no social security or other tax identification numbers are printed on this statement.*

### INTEREST CHECKING

Daily Rates: 08-19-10 Thru 02-06-18  0.250%, Annual Percentage Yield:  0.250%

Statement Period: 01-09-18 Thru 02-06-18

TIMOTHY O HANKINS SR
Overdraft Account Number: **NONE**

Account Number: 45084770

## ACCOUNT ACTIVITY

Beginning Balance: 21.87
Interest Period: 01-09-18 Thru 02-06-18
SECU Foundation Year To Date: 2.00

Interest Earned Year To Date: .22
Number Of Days In Interest Period: 29

| Posted Date | Effective Date | +/- | Amount | Transaction Description | Ending Balance |
|---|---|---|---|---|---|
| 01-10-18 | 01-10-18 | + | 720.00 | MEMBER DEPOSIT | |
| 01-10-18 | 01-10-18 | + | 875.00 | MEMBER DEPOSIT | |
| 01-10-18 | 01-10-18 | - | 6.65 | POINT OF SALE DEBIT<br>L343 TIME 01.10 PM DATE  01-09<br>USPS PO 36288805 GARNER     NC | 1,610.22 |
| 01-16-18 | 01-16-18 | - | 1,450.00 | Withdrawal or Check | 160.22 |
| 01-22-18 | 01-22-18 | - | 40.00 | ATM CASH WITHDRAWAL<br>B1GA TIME 01.03 PM DATE  01-21<br>1000 VANDORA SPRIGARNER     NC | 120.22 |
| 01-24-18 | 01-24-18 | - | 24.68 | POINT OF SALE DEBIT<br>L343 TIME 02.22 PM DATE  01-23<br>FOOD LION #2638 RALEIGH   NC | |
| 01-24-18 | 01-24-18 | - | 26.28 | POINT OF SALE DEBIT<br>L340 TIME 01.57 PM DATE  01-23<br>HH 64          RALEIGH    NC | 69.26 |
| 01-25-18 | 01-25-18 | - | 18.00 | POINT OF SALE DEBIT<br>L343 TIME 04.05 PM DATE  01-24<br>SAMSCLUB #8223  RALEIGH   NC | |
| 01-25-18 | 01-25-18 | - | 23.58 | POINT OF SALE DEBIT<br>L340 DATE 01-24<br>DICK'S CLOTHING&SPGARNER | 27.68 |
| 01-29-18 | 01-29-18 | + | 215.00 | MEMBER DEPOSIT . | 242.68 |

*Statement is continued on next page*



# State Employees' Credit Union°

TIMOTHY O HANKINS SR
Account Number: ████████

Statement Date: 02-06-18
Page 2

| Posted Date | Effective Date | +/- | Amount | Transaction Description | Ending Balance |
|---|---|---|---|---|---|
| 01-31-18 | 01-31-18 | - | 200.00 | POINT OF SALE DEBIT<br>L340 DATE 01-30<br>TMOBILE*POSTPAID F800-937-8997 | 42.68 |
| 02-02-18 | 02-02-18 | - | 22.44 | POINT OF SALE DEBIT<br>L343 TIME 02.53 PM DATE 02-01<br>SPEEDWAY 06962 40GARNER    NC | |
| 02-02-18 | 02-02-18 | - | 5.00 | POINT OF SALE DEBIT<br>L340 DATE 02-01<br>UNLIMITED RECOVERYRALEIGH | 15.24 |
| 02-06-18 | 02-06-18 | - | 1.00 | SECU FOUNDATION | |
| 02-06-18 | 02-06-18 | + | .08 | DIVIDEND EARNED | 14.32 |

## CHECKS PAID THIS STATEMENT

| Check Number | Check Amount | Date Paid | Check Number | Check Amount | Date Paid | Check Number | Check Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 0 | 1,450.00 | 01-16 | | | | | | |

## SHARES

Daily Rates: 06-04-12 Thru 02-06-18 0.750%, Annual Percentage Yield: 0.750%

Statement Period: 01-09-18 Thru 02-06-18

TIMOTHY O HANKINS SR                                           Account Number: 61432752

## ACCOUNT ACTIVITY

Beginning Balance: 97.46
Interest Period: 01-09-18 Thru 02-06-18

Interest Earned Year To Date: .10
Number Of Days In Interest Period: 29

| Posted Date | Effective Date | +/- | Amount | Transaction Description | Ending Balance |
|---|---|---|---|---|---|
| 02-06-18 | 02-06-18 | + | .06 | Interest Payment | 97.52 |

01

# State Employees' Credit Union



Statement Date: 01-08-18
Page 1

TIMOTHY O HANKINS SR
4729 G ST
GARNER NC 27529-7230

## SUMMARY OF ACCOUNTS

| Account Type | Account Number | Beginning Balance | Debits | Credits | Ending Balance |
|---|---|---|---|---|---|
| Interest Checking | | 439.09 | 4,528.70 | 4,111.48 | 21.87 |
| Shares | | 25.29 | 14.71 | 86.88 | 97.46 |

*For your safety, no social security or other tax identification numbers are printed on this statement.*

## INTEREST CHECKING

Daily Rates: 08-19-10 Thru 01-08-18 0.250%, Annual Percentage Yield: 0.250%

Statement Period: 12-06-17 Thru 01-08-18

TIMOTHY O HANKINS SR
Overdraft Account Number: **NONE**

Account Number: 45084770

## ACCOUNT ACTIVITY

Beginning Balance: 439.09
Interest Period: 12-06-17 Thru 01-08-18
SECU Foundation Last Year: 2.00

Interest Paid Last Year: .06
Number Of Days In Interest Period: 34

| Posted Date | Effective Date | +/- | Amount | Transaction Description | Ending Balance |
|---|---|---|---|---|---|
| 12-06-17 | 12-06-17 | - | 17.91 | POINT OF SALE DEBIT<br>L343 TIME 12.08 PM DATE 12-05<br>LOWE S #488 GARNER NC | |
| 12-06-17 | 12-06-17 | - | 30.70 | POINT OF SALE DEBIT<br>L343 TIME 11.52 AM DATE 12-05<br>THE HOME DEPOT #3GARNER NC | |
| 12-06-17 | 12-06-17 | - | 6.61 | POINT OF SALE DEBIT<br>L340 DATE 12-05<br>SPEEDWAY 06962 402GARNER | |
| 12-06-17 | 12-06-17 | - | 39.99 | POINT OF SALE DEBIT<br>L340 DATE 12-05<br>SHEETZ 0000GARNER | 343.88 |
| 12-07-17 | 12-07-17 | - | 6.91 | POINT OF SALE DEBIT<br>L341 TIME 03.05 PM DATE 12-06<br>SHELL SERVICE STARALEIGH NC | |
| 12-07-17 | 12-07-17 | - | 18.35 | POINT OF SALE DEBIT<br>L340 TIME 03.41 PM DATE 12-06<br>FOOD LION #2638 RALEIGH NC | |
| 12-07-17 | 12-07-17 | - | 30.55 | POINT OF SALE DEBIT<br>L343 TIME 03.54 PM DATE 12-06<br>CVS/PHARM 08935--RALEIGH NC | 288.07 |
| 12-08-17 | 12-08-17 | + | 1,300.00 | MEMBER DEPOSIT | |

Statement is continued on next page



# State Employees' Credit Union

| Posted Date | Effective Date | +/- | Amount | Transaction Description | Ending Balance |
|---|---|---|---|---|---|
| 12-08-17 | 12-08-17 | - | 22.40 | POINT OF SALE DEBIT<br>L341 TIME 05.52 PM DATE 12-07<br>FOOD LION #0075 GARNER NC | |
| 12-08-17 | 12-08-17 | - | 8.75 | POINT OF SALE DEBIT<br>L340 DATE 12-07<br>DIGICEL DING TOPUP876-380-7626 | 1,556.92 |
| 12-11-17 | 12-11-17 | + | 21.34 | POINT OF SALE CREDIT<br>L340 DATE 12-10<br>BEST BUY 0000GARNER | |
| 12-11-17 | 12-11-17 | - | 4.07 | POINT OF SALE DEBIT<br>L340 TIME 07.08 PM DATE 12-10<br>TARGET T- 1040 TIGARNER NC | |
| 12-11-17 | 12-11-17 | - | 21.34 | POINT OF SALE DEBIT<br>L341 TIME 05.38 PM DATE 12-10<br>BEST BUY 000GARNER NC | |
| 12-11-17 | 12-11-17 | - | 30.95 | POINT OF SALE DEBIT<br>L343 TIME 12.36 PM DATE 12-08<br>BEST BUY 000GARNER NC | |
| 12-11-17 | 12-11-17 | - | 33.23 | POINT OF SALE DEBIT<br>L341 TIME 05.04 PM DATE 12-10<br>TARGET T- 1040 TIGARNER NC | |
| 12-11-17 | 12-11-17 | - | 78.19 | POINT OF SALE DEBIT<br>L340 TIME 03.00 PM DATE 12-09<br>FOOD LION #0075 GARNER NC | |
| 12-11-17 | 12-11-17 | - | 200.39 | POINT OF SALE DEBIT<br>L341 TIME 05.26 PM DATE 12-10<br>BURLINGTON STORESGARNER NC | |
| 12-11-17 | 12-11-17 | - | 42.70 | POINT OF SALE DEBIT<br>L340 DATE 12-10<br>SHEETZ 0000GARNER | |
| 12-11-17 | 12-11-17 | - | 100.00 | POINT OF SALE DEBIT<br>L340 DATE 12-09<br>Prime Video 888-802-3080 | |
| 12-11-17 | 12-11-17 | - | 241.64 | POINT OF SALE DEBIT<br>L340 DATE 12-10<br>TMOBILE*POSTPAID P800-937-8997 | 825.75 |
| 12-12-17 | 12-12-17 | + | 890.00 | MEMBER DEPOSIT | |
| 12-12-17 | 12-12-17 | - | 32.48 | POINT OF SALE DEBIT<br>L341 TIME 06.17 PM DATE 12-11<br>OFFICE MAX/OFFI 2GARNER NC | |
| 12-12-17 | 12-12-17 | - | 107.50 | POINT OF SALE DEBIT<br>L340 TIME 06.50 PM DATE 12-11<br>WM SUPERC WAL-MARCLAYTON NC | |
| 12-12-17 | 12-12-17 | - | 5.00 | POINT OF SALE DEBIT<br>L340 DATE 12-11<br>MCLAURIN PARKING CRALEIGH | |
| 12-12-17 | 12-12-17 | - | 29.83 | POINT OF SALE DEBIT<br>L340 DATE 12-11<br>RUE21.COM (#7000) 724-776-9780 | 1,540.94 |
| 12-13-17 | 12-13-17 | - | 6.61 | POINT OF SALE DEBIT<br>L340 DATE 12-12<br>SPEEDWAY 06962 402GARNER | |
| 12-13-17 | 12-13-17 | - | 8.00 | POINT OF SALE DEBIT<br>L340 DATE 12-11<br>MCLAURIN PARKING CRALEIGH | |
| 12-13-17 | 12-13-17 | - | 12.00 | POINT OF SALE DEBIT<br>L340 DATE 12-12<br>MCLAURIN PARKING CRALEIGH | 1,514.33 |
| 12-14-17 | 12-14-17 | - | 200.00 | ATM CASH WITHDRAWAL<br>B0GA TIME 06.54 PM DATE 12-13<br>1000 VANDORA SPRIGARNER NC | |
| 12-14-17 | 12-14-17 | - | 16.08 | POINT OF SALE DEBIT<br>L343 TIME 06.16 PM DATE 12-13<br>SHELL SERVICE STARALEIGH NC | |
| 12-14-17 | 12-14-17 | - | 12.00 | POINT OF SALE DEBIT<br>L340 DATE 12-13<br>MCLAURIN PARKING CRALEIGH | |

Statement is continued on next page


TIMOTHY O HANKINS SR
Account Number:

Statement Date: 01-08-18
Page 3

| Posted Date | Effective Date | +/- | Amount | Transaction Description | Ending Balance |
|---|---|---|---|---|---|
| 12-14-17 | 12-14-17 | - | 37.64 | POINT OF SALE DEBIT L340 DATE 12-13 AMAZON MKTPLACE PMWWW.AMAZON.C | |
| 12-14-17 | 12-14-17 | - | 300.00 | Withdrawal or Check | 948.61 |
| 12-15-17 | 12-15-17 | - | 34.52 | POINT OF SALE DEBIT L343 TIME 08.55 PM DATE 12-14 SPEEDWAY 06962 40GARNER NC | |
| 12-15-17 | 12-15-17 | - | 41.40 | POINT OF SALE DEBIT L341 TIME 03.35 PM DATE 12-14 KROGER 2680 TIGARNER NC | |
| 12-15-17 | 12-15-17 | - | 6.00 | POINT OF SALE DEBIT L340 DATE 12-14 MCLAURIN PARKING CRALEIGH | |
| 12-15-17 | 12-15-17 | - | 6.61 | POINT OF SALE DEBIT L340 DATE 12-14 SPEEDWAY 06962 402GARNER NC | |
| 12-15-17 | 12-15-17 | - | 38.92 | POINT OF SALE DEBIT L340 DATE 12-14 AMAZON MKTPLACE PMWWW.AMAZON.C | 821.16 |
| 12-18-17 | 12-18-17 | + | 510.00 | MEMBER DEPOSIT | |
| 12-18-17 | 12-18-17 | - | 5.36 | POINT OF SALE DEBIT L340 TIME 08.58 PM DATE 12-16 OFFICE MAX/OFFI 2GARNER NC | |
| 12-18-17 | 12-18-17 | - | 40.39 | POINT OF SALE DEBIT L340 TIME 04.35 PM DATE 12-16 THE HOME DEPOT #3GARNER NC | |
| 12-18-17 | 12-18-17 | - | 99.00 | POINT OF SALE DEBIT L341 TIME 01.44 PM DATE 12-16 LOWE S #488 GARNER NC | |
| 12-18-17 | 12-18-17 | - | 107.20 | POINT OF SALE DEBIT L341 TIME 04.34 PM DATE 12-15 FOOD LION #0075 GARNER NC | |
| 12-18-17 | 12-18-17 | - | 150.00 | POINT OF SALE DEBIT L343 TIME 03.19 PM DATE 12-17 LOWE S #488 GARNER NC | |
| 12-18-17 | 12-18-17 | - | 5.19 | POINT OF SALE DEBIT L340 DATE 12-15 CHICK-FIL-A #0067GARNER | |
| 12-18-17 | 12-18-17 | - | 33.49 | POINT OF SALE DEBIT L340 DATE 12-15 SHEETZ 0000GARNER | |
| 12-18-17 | 12-18-17 | - | 180.00 | Withdrawal or Check | 710.53 |
| 12-19-17 | 12-19-17 | - | 54.56 | ATT Payment 017353003509390 | 655.97 |
| 12-20-17 | 12-20-17 | + | 250.00 | MEMBER DEPOSIT | |
| 12-20-17 | 12-20-17 | - | 354.73 | POINT OF SALE DEBIT L340 TIME 07.16 PM DATE 12-19 BURLINGTON STORESCARY NC | 551.24 |
| 12-21-17 | 12-21-17 | - | 164.35 | POINT OF SALE DEBIT L340 DATE 12-20 AMAZON MKTPLACE PMAMZN.COM/BIL | 386.89 |
| 12-22-17 | 12-22-17 | - | 36.52 | DUKE ENERGY BUSI ARC 017356005514508 CK#0102 | |
| 12-22-17 | 12-22-17 | - | 46.36 | SCEG/PSNC BILL PYMT 017356005485883 CK#0101 | 304.01 |
| 12-27-17 | 12-27-17 | + | 300.00 | ATM DEPOSIT BOGA TIME 12.58 PM DATE 12-26 1000 VANDORA SPRIGARNER NC | |
| 12-27-17 | 12-27-17 | + | 400.00 | MEMBER DEPOSIT | |
| 12-27-17 | 12-27-17 | - | 200.00 | ATM CASH WITHDRAWAL B4WM TIME 05.31 PM DATE 12-23 5011 RANDALL PARKWILMINGTON NC | |
| 12-27-17 | 12-27-17 | - | 20.00 | POINT OF SALE DEBIT L340 DATE 12-23 Prime Video 888-216-1072 | |

Statement is continued on next page


### State Employees' Credit Union

TIMOTHY O HANKINS SR
Account Number: ▮▮▮▮▮▮▮▮▮▮

Statement Date: 01-08-18
Page 4

| Posted Date | Effective Date | +/- | Amount | Transaction Description | Ending Balance |
|---|---|---|---|---|---|
| 12-27-17 | 12-27-17 | - | 20.92 | POINT OF SALE DEBIT L340 DATE 12-22 SHEETZ 0000GARNER | |
| 12-27-17 | 12-27-17 | - | 38.99 | POINT OF SALE DEBIT L340 DATE 12-22 GUARDIAN PROTECT S888-2796971 | 724.10 |
| 12-28-17 | 12-28-17 | - | 442.93 | POINT OF SALE DEBIT L340 DATE 12-27 TRIPLE T PARTS & E843-293-7800 | 281.17 |
| 12-29-17 | 12-29-17 | + | 100.00 | MEMBER DEPOSIT | |
| 12-29-17 | 12-29-17 | - | 9.62 | POINT OF SALE DEBIT L343 TIME 10.45 AM DATE 12-28 ADVANCE AUTO PA RALEIGH NC | 371.55 |
| 01-02-18 | 01-02-18 | + | 340.00 | MEMBER DEPOSIT | |
| 01-02-18 | 01-02-18 | - | 350.00 | POINT OF SALE DEBIT L343 TIME 12.20 PM DATE 12-31 KROGER 2680 TIGARNER NC | 361.55 |
| 01-03-18 | 01-03-18 | - | 242.70 | POINT OF SALE DEBIT L340 DATE 01-03 TMOBILE*POSTPAID P800-937-8997 | 118.85 |
| 01-08-18 | 01-08-18 | - | 1.00 | SECU FOUNDATION | |
| 01-08-18 | 01-08-18 | - | 80.00 | ATM CASH WITHDRAWAL B0GA TIME 10.10 AM DATE 01-08 1000 VANDORA SPRIGARNER NC | |
| 01-08-18 | 01-08-18 | - | 15.99 | POINT OF SALE DEBIT L340 DATE 01-06 RECHARGE G91874305NIJMEGEN | |
| 01-08-18 | 01-08-18 | - | .13 | INTERNATIONAL TRANSACTION FEE L340 TIME 07.04 PM DATE 01-08 RECHARGE G91874305NIJMEGEN | |
| 01-08-18 | 01-08-18 | + | .14 | DIVIDEND EARNED | 21.87 |

## CHECKS PAID THIS STATEMENT

| Check Number | Check Amount | Date Paid | Check Number | Check Amount | Date Paid | Check Number | Check Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 0 | 300.00 | 12-14 | *101 | 46.36 | 12-22 | 102 | 36.52 | 12-22 |
| *0 | 180.00 | 12-18 | | | | | | |

**\*This check number paid out of sequence**

## SHARES

Daily Rates: 06-04-12 Thru 01-08-18 0.750%, Annual Percentage Yield: 0.750%

Statement Period: 12-06-17 Thru 01-08-18

TIMOTHY O HANKINS SR

Account Number: 61432752

## ACCOUNT ACTIVITY

Beginning Balance: 25.29
Interest Period: 12-06-17 Thru 01-08-18

Interest Paid Last Year: 1.06
Number Of Days In Interest Period: 34

| Posted Date | Effective Date | +/- | Amount | Transaction Description | Ending Balance |
|---|---|---|---|---|---|
| 12-20-17 | 12-20-17 | + | 50.00 | Member Deposit | 75.29 |
| 12-29-17 | 12-29-17 | + | 36.84 | Member Deposit | 112.13 |
| 01-04-18 | 01-04-18 | - | 14.71 | Member Withdrawal | 97.42 |
| 01-08-18 | 01-08-18 | + | .04 | Interest Payment | 97.46 |

01

# State Employees' Credit Union®



TIMOTHY O HANKINS SR
4729 G ST
GARNER NC 27529-7230

## SUMMARY OF ACCOUNTS

| Account Type | Account Number | Beginning Balance | Debits | Credits | Ending Balance |
|---|---|---|---|---|---|
| Interest Checking | | 19.00 | 1,389.97 | 1,810.06 | 439.09 |
| Shares | | 25.27 | .00 | .02 | 25.29 |

*For your safety, no social security or other tax identification numbers are printed on this statement.*

### INTEREST CHECKING

Daily Rates: 08-19-10 Thru 12-05-17 0.250%, Annual Percentage Yield: 0.250%

Statement Period: 11-04-17 Thru 12-05-17

TIMOTHY O HANKINS SR
Overdraft Account Number: **NONE**

Account Number: 45084770

## ACCOUNT ACTIVITY

Beginning Balance: 19.00
Interest Period: 11-04-17 Thru 12-05-17
SECU Foundation Year To Date: 2.00

Interest Earned Year To Date: .06
Number Of Days In Interest Period: 32

| Posted Date | Effective Date | +/- | Amount | Transaction Description | Ending Balance |
|---|---|---|---|---|---|
| 11-07-17 | 11-07-17 | - | 7.00 | DELUXE CHECK CHECK/ACC. 017310002645810 | 12.00 |
| 11-08-17 | 11-08-17 | + | 890.00 | MEMBER DEPOSIT | 902.00 |
| 11-09-17 | 11-09-17 | - | 328.88 | Withdrawal or Check | 573.12 |
| 11-13-17 | 11-13-17 | - | 100.00 | ATM CASH WITHDRAWAL B0GA TIME 03.01 PM DATE 11-11 1000 VANDORA SPRIGARNER NC | |
| 11-13-17 | 11-13-17 | - | 100.00 | ATM CASH WITHDRAWAL B0GA TIME 09.42 AM DATE 11-13 1000 VANDORA SPRIGARNER NC | |
| 11-13-17 | 11-13-17 | - | 4.72 | POINT OF SALE DEBIT L343 TIME 04.50 PM DATE 11-10 KMART 4450 RALEIGH NC | |
| 11-13-17 | 11-13-17 | - | 2.44 | POINT OF SALE DEBIT L340 DATE 11-11 FOOD LION #2638 RALEIGH | |
| 11-13-17 | 11-13-17 | - | 3.45 | POINT OF SALE DEBIT L340 DATE 11-12 FOOD LION #2638 RALEIGH | |
| 11-13-17 | 11-13-17 | - | 4.82 | POINT OF SALE DEBIT L340 DATE 11-10 BLUE RIDGE 14 RALEIGH | |

Statement is continued on next page



# State Employees' Credit Union

TIMOTHY O HANKINS SR
Account Number: ████

Statement Date: 12-05-17
Page 2

| Posted Date | Effective Date | +/- | Amount | Transaction Description | Ending Balance |
|---|---|---|---|---|---|
| 11-13-17 | 11-13-17 | - | 6.16 | POINT OF SALE DEBIT L340 DATE 11-10 BLUE RIDGE 14 RALEIGH | |
| 11-13-17 | 11-13-17 | - | 8.83 | POINT OF SALE DEBIT L340 DATE 11-11 FOOD LION #2638 RALEIGH | |
| 11-13-17 | 11-13-17 | - | 36.64 | POINT OF SALE DEBIT L340 DATE 11-10 SPEEDWAY 06961 454GARNER | 306.06 |
| 11-14-17 | 11-14-17 | + | 120.00 | MEMBER DEPOSIT | 426.06 |
| 11-15-17 | 11-15-17 | - | 43.05 | POINT OF SALE DEBIT L343 TIME 01.35 PM DATE 11-14 THE HOME DEPOT #3GARNER NC | 383.01 |
| 11-16-17 | 11-16-17 | - | 2.12 | POINT OF SALE DEBIT L341 TIME 08.03 PM DATE 11-15 OFFICE MAX/OFFI 2GARNER NC | |
| 11-16-17 | 11-16-17 | - | 6.91 | POINT OF SALE DEBIT L341 TIME 03.02 PM DATE 11-15 SHELL SERVICE STARALEIGH NC | |
| 11-16-17 | 11-16-17 | - | 7.64 | POINT OF SALE DEBIT L341 TIME 01.28 PM DATE 11-15 THE HOME DEPOT #3GARNER NC | |
| 11-16-17 | 11-16-17 | - | 8.54 | POINT OF SALE DEBIT L343 TIME 08.42 PM DATE 11-15 OFFICE MAX/OFFI 2GARNER NC | |
| 11-16-17 | 11-16-17 | - | 21.42 | POINT OF SALE DEBIT L341 TIME 09.49 AM DATE 11-16 RESCO 1 802 PURSERALEIGH NC | |
| 11-16-17 | 11-16-17 | - | 160.00 | Withdrawal or Check | 176.38 |
| 11-17-17 | 11-17-17 | + | 350.00 | MEMBER DEPOSIT | |
| 11-17-17 | 11-17-17 | - | 7.64 | POINT OF SALE DEBIT L340 TIME 11.45 AM DATE 11-16 THE HOME DEPOT #3GARNER NC | |
| 11-17-17 | 11-17-17 | - | 15.63 | POINT OF SALE DEBIT L340 TIME 06.12 PM DATE 11-16 SPEEDWAY 06962 40GARNER NC | |
| 11-17-17 | 11-17-17 | - | 3.56 | POINT OF SALE DEBIT L340 DATE 11-15 CHICK-FIL-A #0067GARNER | |
| 11-17-17 | 11-17-17 | - | 130.00 | Withdrawal or Check | 369.55 |
| 11-20-17 | 11-20-17 | - | 6.48 | POINT OF SALE DEBIT L340 DATE 11-18 SHEETZ 0000GARNER | 348.07 |
| 11-20-17 | 11-20-17 | - | 15.00 | POINT OF SALE DEBIT L340 DATE 11-16 FLEETPRIDE 322 919-7792320 | |
| 11-22-17 | 11-22-17 | - | 300.00 | ATM CASH WITHDRAWAL B0GA TIME 05.38 PM DATE 11-21 1000 VANDORA SPRIGARNER NC | 48.07 |
| 11-27-17 | 11-27-17 | - | 2.00 | POINT OF SALE DEBIT L340 TIME 12.31 PM DATE 11-26 HILL S SUPERMAR SHALLOTTE NC | |
| 11-27-17 | 11-27-17 | - | 4.22 | POINT OF SALE DEBIT L340 TIME 12.25 PM DATE 11-26 LOWE S #1068 SHALLOTTE NC | |
| 11-27-17 | 11-27-17 | - | 28.39 | POINT OF SALE DEBIT L343 TIME 12.47 PM DATE 11-26 MIDDLE RIVER CS BOLIVIA NC | 13.46 |
| 12-01-17 | 12-01-17 | + | 40.00 | MEMBER DEPOSIT | |
| 12-01-17 | 12-01-17 | + | 160.00 | MEMBER DEPOSIT | 213.46 |
| 12-04-17 | 12-04-17 | + | 250.00 | MEMBER DEPOSIT | 440.03 |
| 12-04-17 | 12-04-17 | - | 23.43 | POINT OF SALE DEBIT L341 TIME 03.33 PM DATE 12-02 FOOD LION #0075 GARNER NC | |
| 12-05-17 | 12-05-17 | - | 1.00 | SECU FOUNDATION | |

Statement is continued on next page

Case 7:18-cv-00061-D Document 1 Filed 04/04/18 Page 19 of 23



**State Employees' Credit Union**

TIMOTHY O HANKINS SR
Account Number:

Statement Date: 12-05-17
Page 3

| Posted Date | Effective Date | +/- | Amount | Transaction Description | Ending Balance |
|---|---|---|---|---|---|
| 12-05-17 | 12-05-17 | + | .06 | DIVIDEND EARNED | 439.09 |

## CHECKS PAID THIS STATEMENT

| Check Number | Check Amount | Date Paid | Check Number | Check Amount | Date Paid | Check Number | Check Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 0 | 328.88 | 11-09 | *0 | 160.00 | 11-16 | *0 | 130.00 | 11-17 |

*This check number paid out of sequence

## SHARES

Daily Rates: 06-04-12 Thru 12-05-17 0.750%, Annual Percentage Yield: 0.750%

Statement Period: 11-04-17 Thru 12-05-17

TIMOTHY O HANKINS SR

Account Number: 61432752

## ACCOUNT ACTIVITY

Beginning Balance: 25.27
Interest Period: 11-04-17 Thru 12-05-17

Interest Earned Year To Date: 1.06
Number Of Days In Interest Period: 32

| Posted Date | Effective Date | +/- | Amount | Transaction Description | Ending Balance |
|---|---|---|---|---|---|
| 12-05-17 | 12-05-17 | + | .02 | Interest Payment | 25.29 |

01


# State Employees' Credit Union

TIMOTHY O HANKINS SR
4729 G ST
GARNER NC 27529-7230

---

## SUMMARY OF ACCOUNTS

| Account Type | Account Number | Beginning Balance | Debits | Credits | Ending Balance |
|---|---|---|---|---|---|
| Interest Checking | ~~■■■■■■■■~~ | .00 | 1.00 | 20.00 | 19.00 |
| Shares | ~~■■■■■■■■~~ | 65.24 | 40.00 | .03 | 25.27 |

*For your safety, no social security or other tax identification numbers are printed on this statement.*

---

### INTEREST CHECKING

Daily Rates: 08-19-10 Thru 11-03-17  0.250%, Annual Percentage Yield:  0.250%

Statement Period: 10-31-17 Thru 11-03-17

TIMOTHY O HANKINS SR
Overdraft Account Number: **NONE**

Account Number: 45084770

#### ACCOUNT ACTIVITY

Beginning Balance: .00
Interest Period: 10-31-17 Thru 11-03-17
SECU Foundation Year To Date: 1.00

Interest Earned Year To Date: .00
Number Of Days In Interest Period: 4

| Posted Date | Effective Date | +/- | Amount | Transaction Description | Ending Balance |
|---|---|---|---|---|---|
| 10-31-17 | 10-31-17 | + | 20.00 | MEMBER DEPOSIT | 20.00 |
| 11-03-17 | 11-03-17 | - | 1.00 | SECU FOUNDATION | 19.00 |

---

### SHARES

Daily Rates: 06-04-12 Thru 11-03-17  0.750%, Annual Percentage Yield:  0.750%

Statement Period: 10-05-17 Thru 11-03-17

TIMOTHY O HANKINS SR

Account Number: 61432752

#### ACCOUNT ACTIVITY

Beginning Balance: 65.24
Interest Period: 10-05-17 Thru 11-03-17

Interest Earned Year To Date: 1.04
Number Of Days In Interest Period: 30

| Posted Date | Effective Date | +/- | Amount | Transaction Description | Ending Balance |
|---|---|---|---|---|---|
| 10-19-17 | 10-19-17 | - | 40.00 | Member Withdrawal | 25.24 |
| 11-03-17 | 11-03-17 | + | .03 | Interest Payment | 25.27 |

01

# State Employees' Credit Union

Statement Date: 10-04-17
Page 1

TIMOTHY O HANKINS SR
4733 G ST
GARNER NC  27529-7230

## SUMMARY OF ACCOUNTS

| Account Type | Account Number | Beginning Balance | Debits | Credits | Ending Balance |
|---|---|---|---|---|---|
| Shares | ~~●●●●●●●~~ | 1,030.75 | 2,295.75 | 1,330.24 | 65.24 |

*For your safety, no social security or other tax identification numbers are printed on this statement.*

## SHARES

Daily Rates: 06-04-12 Thru 10-04-17  0.750%, Annual Percentage Yield:  0.750%

Statement Period: 09-08-17 Thru 10-04-17

TIMOTHY O HANKINS SR

Account Number: 61432752

## ACCOUNT ACTIVITY

Beginning Balance: 1,030.75
Interest Period: 09-08-17 Thru 10-04-17

Interest Earned Year To Date: 1.01
Number Of Days In Interest Period: 27

| Posted Date | Effective Date | +/- | Amount | Transaction Description | Ending Balance |
|---|---|---|---|---|---|
| 09-08-17 | 09-08-17 | + | 200.00 | Member Deposit | |
| 09-08-17 | 09-08-17 | - | 730.00 | Member Withdrawal | 500.75 |
| 09-13-17 | 09-13-17 | + | 890.00 | Member Deposit | |
| 09-13-17 | 09-13-17 | - | 575.00 | Member Withdrawal | 815.75 |
| 09-22-17 | 09-22-17 | + | 200.00 | Member Deposit | |
| 09-22-17 | 09-22-17 | - | 700.00 | Member Withdrawal | 315.75 |
| 09-28-17 | 09-28-17 | - | 275.00 | Member Withdrawal | 40.75 |
| 09-29-17 | 09-29-17 | - | 15.75 | Member Withdrawal | 25.00 |
| 10-03-17 | 10-03-17 | + | 40.00 | Member Deposit | 65.00 |
| 10-04-17 | 10-04-17 | + | .24 | Interest Payment | 65.24 |

01


# State Employees' Credit Union

TIMOTHY O HANKINS SR
4733 G ST
GARNER NC  27529-7230

## SUMMARY OF ACCOUNTS

| Account Type | Account Number | Beginning Balance | Debits | Credits | Ending Balance |
|---|---|---|---|---|---|
| Shares | ██████ | 605.43 | 2,955.00 | 3,380.32 | 1,030.75 |

*For your safety, no social security or other tax identification numbers are printed on this statement.*

### SHARES

Daily Rates: 06-04-12 Thru 09-07-17  0.750%, Annual Percentage Yield: 0.750%

Statement Period: 08-04-17 Thru 09-07-17

TIMOTHY O HANKINS SR                                                                 Account Number: 61432752

### ACCOUNT ACTIVITY

Beginning Balance: 605.43
Interest Period: 08-04-17 Thru 09-07-17

Interest Earned Year To Date: .77
Number Of Days In Interest Period: 35

| Posted Date | Effective Date | +/- | Amount | Transaction Description | Ending Balance |
|---|---|---|---|---|---|
| 08-04-17 | 08-04-17 | - | 500.00 | Member Withdrawal | 105.43 |
| 08-07-17 | 08-07-17 | - | 80.00 | Member Withdrawal | 25.43 |
| 08-09-17 | 08-09-17 | + | 890.00 | Member Deposit | |
| 08-09-17 | 08-09-17 | - | 800.00 | Member Withdrawal | 115.43 |
| 08-14-17 | 08-14-17 | + | 470.00 | Member Deposit | 585.43 |
| 08-18-17 | 08-18-17 | + | 1,020.00 | Member Deposit | 1,605.43 |
| 08-22-17 | 08-22-17 | - | 1,400.00 | Member Withdrawal | 205.43 |
| 09-01-17 | 09-01-17 | + | 150.00 | Member Deposit | |
| 09-01-17 | 09-01-17 | - | 175.00 | Member Withdrawal | 180.43 |
| 09-05-17 | 09-05-17 | + | 850.00 | Member Deposit | 1,030.43 |
| 09-07-17 | 09-07-17 | + | .32 | Interest Payment | 1,030.75 |