FILED: August 26, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1538
(7:18-cv-00061-D)
_____

TIMOTHY OMAR HANKINS, SR.

 Plaintiff - Appellant

v.

THE STATE OF NORTH CAROLINA; DAVID R. SHEARON; SARDIA MARIE HANKINS; TRUCPHUONG NGUYEN; ANGUS NGUYEN

 Defendants - Appellees

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK